UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINA M. LANE,

    Plaintiff,

vs.                                                  Case No. 8:11-cv-345-T-27TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation (Dkt. 17), which recommends that the Commissioner's decision denying Plaintiff's claims for Social Security disability benefits and supplemental security income be affirmed. Plaintiff has not filed any objections, and the time to do so has expired.

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, it is ORDERED and ADJUDGED that

(1)     The Report and Recommendation (Dkt. 17) is adopted, confirmed, and approved in all respects and is made part of this order for all purposes, including appellate review.

(2)     The decision of the Commissioner is AFFIRMED.

(3)     The Clerk is directed to ENTER JUDGMENT in favor of Defendant and CLOSE the file.

**DONE AND ORDERED** this 31st day of January, 2012.

                                                                                      **JAMES D. WHITTEMORE**
                                                                                     **United States District Judge**

Copies to: Counsel of record